Argued and submitted September 28, reversed and remanded with instructions
October 25, 1989

In the Matter of the Suspension of
the Driving Privileges of

SCHRIER,
*Respondent,*

*v.*

MOTOR VEHICLES DIVISION,
*Appellant.*

(88-2089; CA A51180)

781 P2d 1226

John A. Reuling, Assistant Attorney General, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

No appearance for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

Motor Vehicles Division (MVD) appeals the circuit court's judgment vacating its order suspending petitioner's driving privileges pursuant to ORS 813.410. When asked to take a breath test, petitioner responded, "No, not without the advice of an attorney." MVD argues, and we agree, that the response was a refusal. *Moore v. Motor Vehicles Division,* 293 Or 715, 725, 652 P2d 794 (1982).

Reversed and remanded with instructions to reinstate the suspension order as of the effective date of this decision.